Case 3:05-cv-03216-MJJ   Document 37   Filed 12/09/05   Page 1 of 2
From:MITCHELL,BRISSO,ETAL        707 444 9586        12/07/2005 12:33 #105 P.002/018

DEC-07-2005  08:48      BLACK CHAPMAN WEBBER            541 779 7430    P.03/19

E-filing

1  Thomas N. Petersen, CSB #103037
   Black, Chapman, Webber, Stevens, Petersen & Lundblade
2  Attorneys at Law
   930 West Eighth Street
3  Medford, Oregon  97501
   (541) 772-9850
4  Facsimile (541) 779-7430
   litigation@blackchapman.com
5
   Attorney for Plaintiffs
6

**FILED**

DEC 0 9 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7
                    UNITED STATE DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA

9  ESTATE OF JOSEPH WILLIAM          )  CASE NO. C 05 3216 MJJ
10 EDWARD ALBERTS, by and through his)
   Personal Representatives, William Alberts )  STIPULATION TO AMEND COMPLAINT
11 and Laura Alberts, WILLIAM ALBERTS,)
   individually, LAURA ALBERTS,      )
12 individually,                     )
                                     )
13                                   )
            Plaintiffs,              )
14                                   )
             vs.                     )
15 COUNTY OF DEL NORTE, a political  )
   subdivision of the State of California; )
16 Del Norte County Sheriff Dean Wilson; )
   Del Norte County Sheriff Jail Commander )
17 Tony Luis, an individual; Del Norte )
   County Correctional Officer Gary Potter, )
18 an individual; Del Norte County   )
   Correctional Officer Greg Flores, an )
19 individual; Del Norte County Correctional )
   Officer Michael Seaman, an individual; )
20 Del Norte County Correctional Officer )
   Heath Schaad, an individual; Del Norte )
21 County Correctional Officer Drew Davis, )
   an individual; Del Norte County   )   The Honorable Judge Martin J. Jenkins
22 Correctional Officer Randy MacKendrick, )
   an individual; Del Norte County   )
23 Correctional Officer Sean Brannon, an )
   individual; Del Norte County      )
24 Correctional Officer Teri Hill, an )
   individual; Del Norte County      )
25 Correctional Officer Jessica Reidel-Seaman,)
   an individual; Del Norte County   )
26 Correctional Officer Cindy Dabis, an )
   individual; Del Norte County Correctional )

- 1 - STIPULATION TO AMEND
COMPLAINT
C 05 3216 MJJ

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
930 W. 8TH STREET
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

1  Officer Jeff Winkelman, an individual; Del )
   Norte County Correctional Officer James )
2  Burke, an individual; Del Norte County )
   Correctional Officer April Bourdlaies, an )
3  individual; Howard Croy, PAC, an )
   individual; James Phillips, RN, an )
4  individual; and Linda Randow, RN, an )
   individual )
5                                             )
          Defendants.                          )
6  _____)

7      The parties, by and through their attorneys, Thomas N. Petersen and John M.

8  Vrieze, hereby stipulate that the First Amended Complaint may be filed and served on the

9  additional defendant, James Holmes, M.D.. The parties further stipulate that defendants'

10 current Answer to the Complaint may serve as an Answer to the First Amended

11 Complaint.

12 Dated: December 7, 2005         _____
                                    Thomas N. Petersen, CA # 103037
13                                  Attorney for Plaintiffs

14 Dated: 12/7/05                   _____
                                    John M. Vrieze, CA #115397
15                                  Attorney for Defendants

16

17

18

19                                  IT IS SO ORDERED

20

21                                  _____
                                    MARTIN J. JENKINS
22                                  UNITED STATES DISTRICT JUDGE

23                                  _____
                                    DATE
                                    12/9/2005

24

25

26

- 2 - STIPULATION TO AMEND
COMPLAINT
C 05 3216 MJJ

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
930 W. 8TH STREET
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com